IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 07 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17CR32 DPJ-LRA

JAMES P. CHEATHAM, III.  18 U.S.C §201(b)(2)(C)

**The Grand Jury Charges:**

In or about February 2016, in Yazoo County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JAMES P. CHEATHAM, III.**, a public official, directly and indirectly, did corruptly demand, seek, receive, accept and agree to accept something of value, that is, United States currency, from an individual known to the grand jury, in return for being induced to do an act and omit to do an act in violation of his official duty, that is, providing to an inmate of a prison a prohibited object, namely tobacco, in violation of Sections 201(b)(2)(C) and 2, Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 7th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE