CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Yazoo

COUNTY: Yazoo

**FILED** SOUTHERN DISTRICT OF MISSISSIPPI
MAR 07 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 3:17CR32DPJ-LRA
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

## DEFENDANT INFORMATION:

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: JAMES P. CHEATHAM, III

## U.S. ATTORNEY INFORMATION:

AUSA: ERIN O. CHALK          BAR # 101721

INTERPRETER:  X  NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: ____

## LOCATION STATUS:    ARREST DATE ____

___ ALREADY IN FEDERAL CUSTODY AS OF ____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

## U.S.C. CITATIONS

TOTAL # OF COUNTS:  1   ___ PETTY  ___ MISDEMEANOR  1 FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:201A.F. | 18 USC § 201(b)(2)(C) | Bribery of Public Official and Witness | 1 |
| Set 2 | | | |

Date: 2/28/2017    **SIGNATURE OF AUSA:** Erin O. Chalk

Revised 2/26/2010