PRAECIPE FOR WARRANT



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.: 3:17CR32 DPJ-LRA

JAMES P. CHEATHAM, III
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 7th day of March, 2017.

This the 7th day of March, 2017.

                                    GREGORY K. DAVIS
                                    United States Attorney

                            By:     ERIN O. CHALK
                                    ERIN O. CHALK
                                    ASSISTANT UNITED STATES ATTORNEY
                                    MSB # 101721

Warrant issued:_____

(EOC/FBI)