August 9, 2017

Mr. Joe M. Hollomon
Attorney At Law
107 North State Street
Jackson, MS 39225

Rev. Tony Tennison
Pastor
Brandon Assembly of God
Brandon, MS 39042

Subject: Character reference for Jay Cheatam

Dear Mr. Hollomon,

Jay has been attending our church for over twenty years. He has always been a faithful and honest young man. He was raised in the fear and admonition of The Lord. His step-father is serving as our head deacon and is currently the Chief of Police for the Rankin County School District. A man that is well-respected in the law enforcement community .

Jay is a newly-wed with a beautiful wife and a promising future. He is dedicated and loves his job and career path. You would be hard-pressed to find a nicer and faithful young man.

If you have any questions, please, feel free to contact me at (601) 842=9485.

In His service,

Tony Tennison

Pastor



DEFENDANT'S EXHIBIT D2

August 12, 2017

To:   Honorable Daniel P. Jordan, III

    Re:   Jay Cheatham

Your Honor,

    Your Honor, my name is Johnathan Adams. I humbly and with all humility come to you and ask that you would have mercy on my son. I know in our profession, I have been in Law Enforcement for 20 years, it is so common for people to come to you and ask for favors and or leniency. People we don't know. People we will more than likely not see again, hopefully. I know what an enormous burden this job, this position must be on you. On one hand it is your duty that you must, MUST, see Justice is done. On the other hand, empathy. Empathy for the parents, the siblings, the spouses, and the children. I know, I have locked up many, many people in my career. Some of them more than deserved what they received, others, not enough. I have seen all of it, as I am well sure you have. I come to you asking about this young man, a man that has done wrong. Absolutely! A man that has manned up for what he has done. I want to tell you about Jay. Jay is not, is not, what is in that file. Not by a long shot. I know it is easiest for us to see what a person has done and not care about the rest. I have, on several occasions gone to the D.A. even a Judge and asked for leniency for someone that I arrested. Just because the person has made a mistake doesn't mean they are horrible people, it simply means they made a mistake.
I am not asking that Jay walks away, scot free. Not by any means, but, I am asking for leniency. Jay was 3 years old when his mother and I got together. I raised Jay, his biological father was not in the picture. I had been told when I was on active duty that I would never have children. I was told I was sterile. It was crushing. To have served my country, come back home from Africa and to be told that. I was devastated. Then I met Rebecca and little Jay. They thought they needed me but it was I that needed them. I fell in love with Jay before I did his mother. I raised him as my own, nurturing, disciplining, teaching, and raising him in the church where I am now Senior Deacon. Jay was a good boy, sure at times he would get into mischief but the rod of correction quickly and justly cured that ailment. Jay had a good life. Some years past and the Lord blessed us with a daughter, Faith. We ever endured in prayer and had Faith that the lord would bless us with another child, hence the name Faith. We had Hope that we would be blessed yet again, and the Lord blessed us with another daughter, Hope. I know you must read hundreds of these a day, but, please bear with me a little longer. Jay has watched me open our home to many people throughout the years to help them. When Jay did this crime he

had opened his home to 3 people and was trying to help them get on his feet. His ex-wife had just left him in debt and he was struggling. He would not come to me for help again. I didn't know the burden that was on this kid. Am I trying to make an excuse, no sir, not at all. Just an understanding why my child has done this horrible thing. I know it could have been worse but I raised my children as my Father raised me. Integrity. Integrity is the one thing that should stand out of a man above all things except for the presence of God. It is my knowledge of this young man that stands before you that tells me that his Integrity having a blemish is crushing. The inability to vote, not being able to possess a firearm. The knowledge that he will forever carry this in his heart and record as a convicted Felon. This is the true punishment. Jay has stood up since this incident. He and his new bride, a precious young lady, have been in Truck Driving school together so they can drive as a team. Earn money and pay their taxes. I know you must do you due diligence, but I will ask that you make it as short as possible so this young man can get on with his life and start work. Sitting in Jail for a long period of time is not as good of a punishment as the above described travesties are to this young man. I know the prosecutor's office and Federal Probation have thrown everything they can. Adding points up like candy. This young man had not even gone to training yet. As I have told his attorney, when I was an F.T.O. I was responsible for the trainees until they had been to the Academy. How is this not the case also in the prison system? I do not understand that. I humbly request that you would look at some of these "points" and see that some could be disregarded.

Please, your Honor. I greatly thank you and would request one more thing of you. I know Jay is ready to go and serve whatever time you assign to him, but please, not before the date of September 30th. I beg this of you. The reason I cannot be in the courtroom today with you sir is I have put on Active duty in the National Guard and am being sent to California for training. I will be back home on the 29th of Sept. Our youngest daughter, Hope, has been voted Homecoming maid in the 7th, 8th, 9th, 10th, and 11th grade. Homecoming is Sept 15th and if her classmates vote her in again I will not be there to walk her as I always have. I will need Jay to be there in my stead. I still proudly serve and am still the Chief of Safety and Security and Campus Police at the Rankin County Public School District. Please let the Lord guide you and direct you not only in this decision, but in all things. Thank you for taking your time to read this and may the Lord shine upon you and your family in everyday life.

                                              Sincerely,

                                              JOHNATHAN ADAMS

                                              RANKIN COUNTY SCHOOL DISTRICT

From: Rebecca Adams

theadamsr78@gmail.com>
Date: August 15, 2017 at 10:06:15 PM CDT

Subject: James (Jay) Cheatham

Dear Your Honor:

Let me start off by apologizing on my son's behalf. Please excuse my grammar in this letter for I'm not educated and I came from a very harsh childhood with my father then at the age 15 or 16 into a harsh relationship with my sons biological father and I didn't know any other family till I found them at the age of 20. I refused to raise my son in the atmosphere that I was raised in! My husband John Adams and I got married when James (Jay) was 4 yrs old. Jay grew up watching us struggle money wise, neither one of us had family that we could just get money from when we needed help nor did we want to ask for help.

What we are rich in is LOVE and family values. We kept our family in church and I believe that's why Jay continued with his family values, he calls me more then I call him just to say hello, he misses us and that he loves us. He left home right after graduating because he wanted to be independent and to make his pop (my husband) proud. He would still come to church and help with VBS, the little kids love him! Jay has always wanted to stay involved with us and his sister's school activities, but this breaks my heart because his youngest sister is graduating this year with honors I'm sure, and to think he won't be here for that and or come to watch her cheer, play volleyball and softball her last year, I know he's got to be heartbroken!

Yes my son did wrong and we've always told our children that if you do wrong there will be consequences. He started off in his young adult life doing right, keeping a job, hanging out with his family, going to church became a voter, and took interest in our government and in our nation, but now his voice won't matter which I know this really hurts him and for him not to be allowed to keep his firearms that was past down to him by his grandfather and his pop. What went wrong..... A failed marriage in which he as always wanted a marriage like ours (20 years now) but she left him in

debt, he took in a teenager (her ex step brother) in which they had temporarily custody of in which the boy wouldn't stay out of trouble so he could no longer help him. Jay stayed with us after they had split up because he owed to much money for bill's, rent and credit cards that she had gotten. Jay went into depression because of failed marriage and having to depend on us to help him back on his feet. We succeed, but then he went back to his wife. And let me tell you about Jay, he has this big heart and thought he could help others and allowed them to stay. We did warn Jay that he was taking in too much. Well, it happens again, his wife left him in debt AGAIN. And, Well I guess he felt like he couldn't come to us again because of us helping him before and it did about hurt us money wise but he's always been a good man (son)! I just HATE he felt like he couldn't come to us again for help! I mean how many times did he write up the inmates for trying to bribe him?! I hope you were able to see that!

Please, please just open your heart and have mercy on my son. Jay and his new wife have been in school together and praying that their future will be better! Which I love her and she treats him well, she's just beautiful inside and out.

Thank you for taking the time to read this.

Sincerely,

Rebecca Adams
Mother of James (Jay) Cheatham

Aug 17, 2017


Honorable Judge Daniel P. Jordan, III

    Re:   James Cheatham


Your Honor,

    I am writing to urge leniency in the sentencing of my best friend, Jay Cheatham. I have known Jay for 10 years, we went to high school together. He is the type of person you can call at any time for help. When he told me what is going on and what he did, it was hard for me to wrap my head around this. Jay never got into any trouble. He has always stayed away from the wrong crowd. I'd like to give you a new perspective of Jay. The day Jay and I became friends was the second day of 10th grade. This guy Cameron Bunch was kind of a bully. I didn't really know Jay at the time but he sat next to me in science. Cameron Bunch was throwing stuff at the back of my head continuously. Jay caught a pen that was just about to nail me in the head. He then stood up in front of the whole class and walked over to Cameron's desk and said, " Next time you want to pick on someone, pick on me." And as you can imagine that was the last problem I had out of Cameron Bunch. Jay and I have been inseparable since then.

    Your Honor that's just the first time he ever did a selfless act, there are so many more. Jay has always been there for me and my family, willing to lend a hand with everything from fixing a car to financials. I just recently went through a divorce, Jay was by my side every step of the way. He was always there when I needed someone. He would literally give you the shirt off of his back and that's honestly just the kind of man Jay is.

    Jay has had a pretty rough life, whether he will admit it to anyone or not. His real dad would come in and out of his life constantly due to drug abuse. And he didn't really grow up with much. Everything that Jay has, he worked for. I personally have seen him struggling and not ask anybody for anything.

Jay has come a very long way. He recently started school so he and his wife could get their CDL so they can team drive. One thing I can say is Jay has always had a goal. His goal was recently crushed when we found out he could be facing time. But even though he's facing time he continues with school and work every day, which turns into 17 hour days for him. He feels so much regret about the terrible decision he made. But Your Honor, that decision doesn't define this young man right here. If you could get to know Jay the way I do you would completely agree with me.

As you know, this is not only Jay Cheatham's first conviction, but his first offense ever, of any kind. Given his otherwise clean record, as well as his close ties with his church, I strongly believe this was out of character and other than this, his first and only mistake. You would never see Jay Cheatham in court or in trouble ever again. I know if given a chance for probation or a short-term sentence he would never fail to follow the rules.

I ask you to please have mercy on him and I pray every day for it.

Thank you for your time.

Respectfully,

Brandon Atkins
**brandonjerry1818@yahoo.com**

EXHIBIT NO. D2 evid.
CAUSE NO. 3:17cr32-DPJ-LRA
WITNESS
CLERK: SHONE POWELL

SEP -6 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Cherie Bond, REPORTER